The application of the above-named defendant for a review of the sentence of 100 years for Conspiracy to Deliberate Homicide imposed on July 27, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Brant Light, Deputy County Attorney from the Cascade County for appearing before the Sentence Review Board.

We wish to thank Gregg Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Ravalli, STATE OF MONTANA, Plaintiff vs. RAYMOND LAWRENCE OLSEN, Defendant.

### DECISION

No. DC-81-29

The application of the above-named defendant for a review of the sentence for Count I, Aggravated Kidnaping, 10 years; Count II, Sexual Assault, 15 years; sentences to run consecutively; and a recommendation that prior to release, the Defendant be afforded the opportunity of receiving inpatient care at a sex offender program; DANGEROUS DESIGNATION, imposed on September 24, 1981, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Court would strongly recommend that the administrative authorities at the Montana State Prison expedite enrollment in the Sex Offender Program at MSP.

We wish to thank Pat Wise of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Ninth Judicial District, County of Glacier, STATE OF MONTANA, Plaintiff vs. BURDELLA MARIE AHANAKEW, Defendant.

### DECISION

No. DC-86-18